IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
SOUTHERN DIVISION

CIV-MOORE

MAGISTRATE JUDGE
DUBÉ

| | |
|---|---|
| UNDERSEA BREATHING SYSTEMS, INC., ) | |
| ) | |
| Plaintiff, ) | Case No. 97-874 |
| ) | Magistrate |
| v. ) | |
| ) | |
| EAGLE AIR SERVICE, INC. ) | |
| ) | |
| Defendant. ) | |

**VERIFIED COMPLAINT**

Plaintiff, Undersea Breathing Systems, Inc., for its complaint against defendant, Eagle Air Service, Inc., states:

1.  This is an action for patent infringement arising under the patent laws of the United States, 35 U.S.C. § 271.

2.  The plaintiff is a Florida corporation with its principal place of business at 1968 Lake Worth Road, #201, Lake Worth, Florida 33461.

3.  The defendant is a Florida corporation with its principal place of business at 5667 N.W. 35th Court, Miami, Florida 33142.

4.  The Court has jurisdiction over the subject matter of this action pursuant to 28 U.S.C. §§ 1331 and 1338(a). Venue is proper in this district pursuant to 28 U.S.C. §§ 1391(c) and 1400(b).

5.  On March 18, 1997, United States Patent No. 5,611,845 (the "'845 patent") was duly and legally issued to plaintiff for an invention relating to a particular type of oxygen enriched air generation system. Plaintiff is the owner of

the '845 patent (a copy of which is attached hereto as Exhibit A) and has standing to sue for its infringement.

6. The '845 patent is valid and enforceable, subsisting and maintained in force.

## COUNT I
## DIRECT INFRINGEMENT

7. Defendant has been and still is infringing the '845 patent by making or having made for it, using, selling and offering to sell apparatus that infringes one or more of the claims of the '845 patent in this judicial district and elsewhere in the United States, all without license from plaintiff.

8. Defendant's infringement of the '845 patent is willful.

## COUNT II
## CONTRIBUTORY INFRINGEMENT

9. Plaintiff realleges paragraphs 1 through 8 of Count I as paragraphs 1 through 8 of Count II as if fully stated herein.

10. Defendant, with full knowledge of plaintiff's rights in the claims of the '845 patent, has contributorily infringed the claims of the '845 patent by making or having made for it, using, selling or offering to sell apparatus, knowing the same to be especially made or especially adapted for use in an infringement of at least one claim of the '845 patent, which apparatus is not a staple article or commodity of commerce suitable for substantial non-infringing use.

2

11. Defendant's contributory infringement of the '845 patent is willful.

WHEREFORE, plaintiff, Undersea Breathing Systems, Inc. respectfully requests that this Court:

(a) Preliminarily and permanently enjoin defendant, Eagle Air Service, Inc., from directly or contributorily infringing Unites States Patent No. 5,611,845;

(b) Award plaintiff damages adequate to compensate for the infringement, together with prejudgment interest, and order that the damages be trebled;

(c) Award plaintiff its reasonable attorneys' fees;

(d) Grant such other relief as may be just and proper.

Plaintiff respectfully demands trial by jury of all issues triable of right by jury.

Dated this 4th day of April, 1997.

        Respectfully,

        KECK, MAHIN & CATE.
        Co-Counsel for Plaintiff
        77 West Wacker Drive
        Stuite 4100
        Chicago, Illinois   60601-1693
        (312) 634-7700
        - and -
        HERMELEE, STIEGLITZ & WALKER
        Co-Counsel for Plaintiff
        200 S. Biscayne Blvd., Ste. 4920
        Miami, Florida 33131-2352
        (305) 373-5444
        (305) 373-0039 (Fax)

By: _____
        BRUCE G. HERMELEE
        Florida Bar No. 133894

COUNTY OF PALM BEACH )
 ) SS
STATE OF FLORIDA )

William H. Delp II, being first duly sworn, states that the allegations set forth herein are true.

_____
William H. Delp II

Sworn to and subscribed before me this 2nd day of April, 1997.

_____
Notary Public

Commission Expires: 9/28/2000

GERALDINE L. SPYKER
MY COMMISSION # CC 579321
EXPIRES: September 28, 2000
Bonded Thru Notary Public Underwriters

- 4 -

# ADDITIONAL ATTACHMENTS NOT SCANNED

PLEASE REFER TO COURT FILE

# CIVIL COVER SHEET


CIV-MOORE

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleading or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**I (a) PLAINTIFFS**
UNDERSEA BREATHING SYSTEMS, INC.

**DEFENDANTS** MAGISTRATE JUDGE
EAGLE AIR SERVICE, INC.

97 874

FILED BY 97 APR -4 PM 2:44 CARLOS JUENKE CLERK U.S. DIST. CT. MIAMI

**(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF** Palm Beach
(EXCEPT IN U.S. PLAINTIFF CASES)

**COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT** _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

**(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)**
Bruce G. Hermelee (305) 373-5444
200 S. Biscayne B.vd., Ste. 4920
Miami, FL  33131

**ATTORNEYS (IF KNOWN)**

**(d) CIRCLE COUNTY WHERE ACTION AROSE:**
**DADE**, MONROE, BROWARD, PALM BEACH, MARTIN, ST. LUCIE, INDIAN RIVER, OKEECHOBEE, HIGHLANDS

**II. BASIS OF JURISDICTION** (PLACE AN X ONE BOX ONLY)

- ☐ 1. U.S. Government Plaintiff
- ☒ 3. Federal Question (U.S. Government Not a Party)
- ☐ 2. U.S. Government Defendant
- ☐ 4. Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (For Diversity Case Only)
(PLACE AN X IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY.)
U.S. patent laws, 35 U.S.C. §271. Plaintiff, the holder of a validly-issued U.S. Patent, sues Defendant, a Florida corp., with its principal office in Dade County, FL, for direct and contributory infringement of Plaintiff's patent.

**IVa.** 10 days estimated (for both sides) to try entire case

**V. NATURE OF SUIT** (PLACE AN X IN ONE BOX ONLY)

| A CONTACT | A TORTS | B FORFEITURE/PENALTY | A BANKRUPTCY | A OTHER STATUS |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 States Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury-Med Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury-Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | **A PROPERTY RIGHTS** | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personnel Injury Product Liability | ☐ 630 Liquor Laws | ☐ 820 Copyrights | ☐ 450 Commerce/ICC Rates/etc. B |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | **PERSONAL PROPERTY** | ☐ 640 R.R. & Truck | ☒ 830 Patent | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 370 Other Fraud | ☐ 650 Airline Regs | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl Veterans) B | ☐ 345 Marine Product Liability | ☐ 371 Truth in Lending B | ☐ 660 Occupational Safety/Health | **B SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits B | ☐ 350 Motor Vehicle | ☐ 380 Other Personal Property Damage | ☐ 690 Other | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/Exchange |
| ☐ 160 Stockholder's Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 385 Property Damage Product Liability | **A LABOR** | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12USC3410 |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | | ☐ 710 Fair Labor Standards Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor Management Relations B | ☐ 864 SSID Title XVI | ☐ 892 Economic Stabilization Act |
| **A REAL PROPERTY** | **A CIVIL RIGHTS** | **B PRISONER PETITIONS** | ☐ 730 Labor Management Reporting & Disclosure Act | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 740 Railway Labor Act | **A FEDERAL TAX SUITS** | ☐ 894 Energy Allocation Act |
| ☐ 220 Foreclosure B | ☐ 442 Employment | Habeas Corpus | ☐ 790 Other Labor Litigation | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations | ☐ 530 General * | ☐ 791 Employee Ret. Inc. Security Act B | ☐ 871 IRS-Third Party 26 USC 7609 | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | ☐ 540 Mandamus & Other * | | | ☐ 890 Other Statutory Actions * |
| ☐ 290 All Other Real Property | | ☐ 550 Civil Rights * A or B | | | * A or B |

**VI. ORIGIN** (PLACE AN X IN ONE BOX ONLY)
- ☒ 1. Original Proceeding
- ☐ 2. Removed From State Court
- ☐ 3. Remanded from Appellate Court
- ☐ 4. Refiled
- ☐ 5. Transferred from another district (Specify)
- ☐ 6. Multidistrict Litigation
- ☐ 7. Appeal to District Judge from Magistrate Judgment

**VII. REQUESTED IN COMPLAINT** CHECK IF THIS IS A ☐ UNDER F.R.C.P. 23
**CLASS ACTION**   **DEMAND $**
Check YES only if demanded in complaint
**JURY DEMAND:** ☒ YES  ☐ NO

**VIII. RELATED CASE(S) IF ANY** (See Instructions):
JUDGE _____ DOCKET NUMBER _____

**DATE** 4/4/97
**SIGNATURE OF ATTORNEY OF RECORD** Bruce G Hermelee

Amount: $150.00

UNITED STATES DISTRICT COURT
S/F I-2
REV. 9/94

FOR OFFICE USE ONLY: Receipt No. 675030
Date Paid: 4/4/97
M/ifp: _____