

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
SOUTHERN DIVISION

UNDERSEA BREATHING SYSTEMS, INC., )
          Plaintiff, )
    v. )
EAGLE AIR SERVICE, INC. )
          Defendant. )

**AFFIDAVIT OF WILLLIAM H. DELP, II
IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION**

COUNTY OF PALM BEACH )
                       ) SS
STATE OF FLORIDA )

    William H. Delp II, being first duly sworn, states:

    1. I am the President and Chief Executive Officer of Undersea Breathing Systems, Inc, a corporation based in Lake Worth, Florida. I also am the inventor of the invention described and claimed in U.S. Patent No. 5,611,845, issued on March 18, 1997 to Undersea Breathing Systems, Inc. Except as otherwise indicated, I have personal knowledge of the matters set forth below.

    2. Enriched air or Nitrox (EANx), which is a combination of oxygen and nitrogen, was first mixed by an English chemist over two hundred years ago. At that time it was used as a medical procedure. Its first use in wet diving occurred in the late 1800s. The use of this gas in recreational diving has been much more recent, probably commencing sometime in the early 1960s.

3.      The techniques used for mixing diving breathing gases such as Nitrox have always been extremely hazardous and require careful observance of cleaning and safety procedures in order to avoid explosions.  Until the invention of the system covered by the '845 patent, Nitrox and other mixtures used as breathing gases for diving were created by adding oxygen to ambient air.  This use of a separate oxygen source required the need for observance of all the cleaning and safety procedures previously mentioned.

4.      I have been involved in producing and delivering life support breathing gas mixtures for the diving industry since 1985.

5.      Between 1990 and 1994, I expended considerable time, effort and money in developing a unique system of generating oxygen enriched air.  This system eliminated the need for utilizing a separate source of pure oxygen.  Rather, the concept was one of passing compressed ambient air through a membrane after the air had been filtered to remove moisture, oil and any particulate carryover.  Because membranes employ the principle of selective permeation of separate gases, and because each gas has a characteristic permeation rate that is a function of its ability to dissolve and diffuse through a membrane, some constituent gases flow through the membrane faster than others. In particular, oxygen will flow through the membrane much faster than will nitrogen.  By eliminating a substantial portion of the slower-moving nitrogen, the resulting air stream produced from

passage through the membrane contains a much higher percentage of oxygen, i.e., oxygen enriched air, which is then delivered to a high-pressure breathing air compressor and thereafter to either a storage tank or a scuba tank.

6.  The system, as commercially marketed, has achieved instantaneous and widespread acceptance by dive shops and by others in the diving industry. This success has generated profit for Undersea Breathing Systems, Inc.

7.  In order to protect my investment in the development of this unique system, I filed an application for patent in August 1995. This application was subsequently assigned to Undersea Breathing Systems, Inc. The patent application was allowed and a patent granted on March 18, 1997.

8.  Shortly after the successful commercial introduction of my unique system, Nitrox Technologies, Inc. began offering for sale a system closely simulating that produced by Undersea Breathing Systems, Inc. On reviewing the sales literature prepared by Nitrox Technologies, Inc., it was apparent that the components of its system described in the literature and the properties ascribed to those components do, in fact, simulate the properties and characteristics of Undersea Breathing Systems, Inc.'s system, and that the system marketed by Nitrox Technologies, Inc. infringes one or more of the claims of the '845 patent.

9.  Eagle Air Service, Inc., which is based in Miami, sells and services breathing gas systems. In late 1996 or early

1997, Eagle Air Service, Inc. acquired a Nitrox Technologies system and has been offering it for sale.  On or about March 27, 1997, I contacted Carl Morin, who is the manager of Eagle Air Service, Inc., and asked if Eagle Air Service, Inc. was selling the Nitrox Technologies system.  Morin stated that it was selling the Nitrox Technologies system, and that sales literature regarding the Nitrox Technologies system was available in Eagle Air Services, Inc.'s store.  I informed Morin of the issuance of the '845 patent and Undersea Breathing Systems, Inc.'s intention to enforce it.  Morin responded that Eagle Air Service, Inc. intended to aggressively pursue sales of the Nitrox Technologies system, with Nitrox Technologies, Inc.'s support.

10.  The market for the sale of Undersea Breathing Systems, Inc.'s product is extremely limited.  The principal customers are dive shops located in the United States.  These currently number between 1,700 and 2,000.  Of this number, approximately 30 percent lack the financial ability to purchase one of these systems, which range in cost from $6,900 for the smallest unit to $50,000 for the largest unit.  Further, the life of the system is indefinite, and thus there is no potential

...acement market. Therefore, any sale of an infringing device ... dive shop results in irreparable harm to Undersea Breathing ...tems, Inc.

William H. Delp II

...n to and subscribed before this 2nd day of April, 1997.

Notary Public

Commission Expires: 9/28/2000



GERALDINE L. SPYKER
MY COMMISSION # CC 579321
EXPIRES: September 28, 2000
Bonded Thru Notary Public Underwriters

- 5 -